**Order No. 97–37**
**April 24, 1997**

19223 State v. Menor Affirmed

**Order No. 97–38**
**April 24, 1997**

19127 State v. Bunker Affirmed

**Order No. 97–39**
**April 25, 1997**

18530 State v. Robertson Affirmed

**Order No. 97–40**
**April 25, 1997**

17900 State v. Trells Affirmed

**Order No. 97–41**
**April 25, 1997**

18696 Williams v. State Affirmed

**Order No. 97–42**
**April 28, 1997**

18861 Tokyo Investment Services, Inc. v. Toto Sangyo Co., Ltd. Affirmed

**Order No. 97–43**
**April 28, 1997**

18571 Jenkins v. Cades Schutte Fleming & Wright Affirmed